**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ROBERT EMMETT HUEN | CIVIL ACTION NO. 25-1195-P |
| VERSUS | JUDGE DONALD E. WALTER |
| LOUISIANA DEPARTMENT OF JUSTICE | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 8th day of December, 2025.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE